UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:18-CR-118-T-24SPF

CARL GOLDEN
_____/

# **ORDER**

Before the Court is Defendant Carl Golden's Request for Return of Property (Doc. 106). To prevail, Golden must show a possessory interest in the property seized and that he has "clean hands." *United States v. Howell*, 425 F.3d 971, 974 (11th Cir. 2005). "The court can deny a motion if the Government claims it no longer possesses the property, provided the Government provides some evidence to support that claim." *United States v. Cobb*, 703 F. App'x 879, 882 (11th Cir. 2017).

In its response, the United States represents that it "does not possess, and never did possess, the property Golden seeks in his motion." (Doc. 111 at 5). Instead, the United States confirmed that Golden's property is being held by the Tampa Police Department. (*Id*. at 2). In support, the United States offered the Tampa Police Department offense report, which lists property seized from Golden.

The Court finds that the United States has offered sufficient evidence to establish that Golden's property is not in its possession. As the United States cannot return something it does not have, the Court cannot order it to return to Defendant the property

in his request.  *See Cobb*, 703 F. App'x at 882.  Accordingly, Defendant Carl Golden's Request for Return of Property (Doc. 106) is denied.

ORDERED in Tampa, Florida, on November 1, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE